## Mort Schaffner, Appellant, v. Maurice L. Cowen, Appellee.

Gen. No. 44,055.

opinion filed June 25, 1947; released for publication July 18, 1947. Sidney Mintz, for appellant; George A. Gordon, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.